NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## ODYSSEY LOGISTICS AND TECHNOLOGY CORPORATION,
*Plaintiff-Appellant,*

v.

## DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,
*Defendant-Appellee.*

---

2011-1441

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 08-CV-1241, Judge Gerald Bruce Lee.

---

## ON MOTION

---

## ORDER

Odyssey Logistics and Technology Corporation moves to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

__OCT 2 7 2011__
Date

__/s/ Jan Horbaly__
Jan Horbaly
Clerk

cc: Robert M. Bauer, Esq.
Dennis C. Barghaan, Jr., Esq.

s21

Issued As A Mandate: ___OCT 2 7 2011___

**· FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 2 7 2011**

**JAN HORBALY**
**CLERK**